AO 91 (Rev. 02/09)  Criminal Complaint

DO4
9-11-16

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Ramon Armenta Soto, | ) | Case No. 16-8309 MJ |
| a.k.a.: Ramon Armenta-Soto, | ) | |
| (A 088 664 590) | ) | |
| _Defendant_ | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 10, 2016, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ramon Armenta Soto, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about June 1, 2013, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

The criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

CEB

REVIEWED BY:  Charles E. Bailey, P.S. for AUSA Natalie Huddleston

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Barry Jansen,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  September 13, 2016

_____
_Judge's signature_

John Z. Boyle,
United States Magistrate Judge
_Printed name and title_

City and state:   Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Barry Jansen, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 10, 2016, Ramon Armenta Soto was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at MCJ, Armenta Soto was examined by ICE Officer D. Wymore who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the county jail. On September 11, 2016, Armenta Soto was released from the MCJ and transported to the Phoenix ICE office for further investigation and processing. Armenta Soto was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ramon Armenta Soto to be a citizen of Mexico and a previously deported criminal alien. Armenta Soto was removed from the United States to Mexico at or near Del Rio, Texas, on or about June 1, 2013, pursuant to the

1

reinstatement of an order of removal issued by an immigration official. There is no record of Armenta Soto in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Armenta Soto's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Ramon Armenta Soto was convicted of Re-Entry of Removed Alien, a felony offense, on October 22, 2012, in the United States District Court, District of Arizona. Armenta Soto was sentenced to fifteen (15) months' imprisonment and three (3) years' supervised release. Armenta Soto's criminal history was matched to him by electronic fingerprint comparison.

5. On September 11, 2016, Ramon Armenta Soto was advised of his constitutional rights. Armenta Soto freely and willingly accepted to provide a statement under oath. Armenta Soto claimed that Ramon Armenta Soto was his true and correct name. Armenta Soto stated that he is a citizen and national of Mexico. Armenta Soto claimed that he crossed the border into the United States in 2015, without being inspected or examined by an immigration official. Furthermore, Armenta Soto stated he had been previously removed from the United States.

6. For these reasons, the affiant submits that there is probable cause to believe that on or about September 10, 2016, Ramon Armenta Soto, an alien, was found in the United

States of America at or near Phoenix, in the District of Arizona, after having been

previously denied admission, excluded, deported, and removed from the United States

at or near Del Rio, Texas, on or about June 1, 2013, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and

enhanced by (b)(1).


Barry Jansen,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 13th day of September, 2016.


John Z. Boyle,
United States Magistrate Judge

3